IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 7 – 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. **05 - CV - 02254 OES**

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

KENNETH W. GOMEZ #1452835,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER MAYOR JOHN HICKENLOOPER,
GOVERNOR BILL OWENS,
DISTRICT PROBATION OFFICE OF COLORADO,
CHERYL FRENETTE,
MENTAL HEALTH UNIT SUPERVISOR,
MICHELLE RENEE PROBATION OFFICER III,
STATE BOARD OF NURSING NANCY SMITH P.H.D,
DEPARTMENT OF REGULATORY AGENCIES TAMBOR WILLIAMS,
DIVISION OF REGISTRATION ROSEMARY MCCOOL,
RESOLUTION SPECIALIST DENNIS CLENIN,
DENVER CHIEF OF POLICE GERRY WHITMANN,
STATE PUBLIC DEFENDERS OFFICE DAVID RAPLIN,
CHARLES GARCIA,
MHCD RICHARD NEVELLE,
BETH LINDROSS,
DR. CRUM AND COMPLETE MEDICAL STAFF 1-100,
SGT. BROWN,
DEPUTY BAOGUNWO,
DEPUTY HENLEY,
DEPUTY HANLEY,
CHIEF FOSS,
STEWART DEAN,
MAYOR WITSON,
STEWART HERMAN AND KITCHEN STAFF 1-50,
DEPUTY PEREZ (F),
DEPUTY ORTIZ,
SGT. LANGE,
JoHN DOE AND JANE DOE 1-10, and

DENVER COUNTY CITY JAIL OFFICERS AND SHERIFF DEPT AND STAFF INVOLVED IN THIS ACTION WHO ARE NOT CURRENTLY KNOWN BY NAME BUT WILL BE DETAILED IN DUE COURSE,

Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motion was submitted to the court in an envelope that also contained individual *in forma pauperis* motions from a number of other inmates at the Denver County Jail. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

2

**Complaint, Petition or Application:**
(10) xx   is not submitted
(11) __   is not on proper form (must use the court's current form)
(12) __   is missing an original signature by the prisoner
(13) __   is missing page nos. __
(14) __   uses et al. instead of listing all parties in caption
(15) __   An original and a copy have not been received by the court. Only an original has been received.
(16) __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __   names in caption do not match names in text
(18) __   other _____

Accordingly, it is

   ORDERED that the clerk of the court commence a civil action in this matter. It is

   FURTHER ORDERED that the plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the plaintiff files in response to this order must include the civil action number on this order. It is

   FURTHER ORDERED that the clerk of the court mail to the plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

   FURTHER ORDERED that, if the plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

   DATED at Denver, Colorado, this __7__ day of __November__, 2005.

             BY THE COURT:

             _____
             O. EDWARD SCHLATTER
             United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-CV-02254 OES

Kenneth W. Gomez
Prisoner No. 1452835
Denver County Jail
PO Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on __11-7-05__

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk